417 A.2d 781

Commonwealth v. Fiero, Appellant.

Submitted May 7, 1979. Zanita Zacks-Gabriel, Assistant Public Defender, for appellant; Frank J. Scutella, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, LARSEN and LAVELLE, JJ.*

Judgment of sentence affirmed.